# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia, Atlanta Division

In re   **Wellington, Kenneth Paul**                    ,  Case No. _____

                    Debtor                              Chapter   **7**

### STATEMENT UNDER PENALTY OF PERJURY
### CONCERNING PAYMENT ADVICES

I*, **Wellington, Kenneth Paul**           , state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ ] I was not employed during the period immediately preceding the filing of the above-referenced case,
       *(insert dates that you were not employed )*;

[ ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ] I am self-employed and do not receive any evidence of payment from an employer;

[x] Other (please provide explanation):
       Retired:  Receives Pension and S.S.A. Benes only.

I declare under penalty of perjury that the foregoing statement is true and corr

Dated:  **May 17, 2018**              By:   ***/s/ Kenneth Paul Wellington***
                                        _____
                                        Signature of debtor

                                        **Kenneth Paul Wellington**
                                        _____
                                        Printed name of debtor

                                                **3301 Forrest Hills Dr**
                                                **Atlanta, GA  30354-1200**
                                        Home Address      _____

                                        Telephone number _____

                                        Facsimile number _____

                                        E-mail address   _____

*A separate form must be signed for each debtor