**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In Re:

KENNETH PAUL WELLINGTON F/D/B/A KP AND AJ ENTERPRISES, LLC           Bk. No. 18-58335- JWC

          Debtor.           Chapter 7

_____

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **CENLAR FSB,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage recorded April 27, 2016, Book 56095 and Page 621 on the real property, located at 3301 FORREST HILLS DR, ATLANTA, GA 30354, in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtor or the property on which Creditor holds a mortgage lien.

Date: May 23, 2018

          /s/Ryan Starks
          Ryan Starks, Georgia Bar No: 676512
          Attorney for CENLAR FSB
          Phelan Hallinan Diamond & Jones, PLLC
          11675 Great Oaks Way
          Suite 375
          Alpharetta, GA 30022
          Tel: 770-393-4300 Ext. 60024
          Fax: 770-393-4310
          GAND.bankruptcy@phelanhallinan.com