UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-58335-JWC |
| | : | |
| KENNETH PAUL WELLINGTON, | : | CHAPTER 7 |
| | : | |
|     Debtor. | : | |
| | : | |

**MOTION FOR EXAMINATION OF AND DOCUMENT PRODUCTION
BY SYNOVOS, INC. UNDER RULE 2004 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

COMES NOW, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Kenneth Paul Wellington ("**Debtor**"), and files this *Motion for Examination of and Document Production by Synovos, Inc. under Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**"), seeking an Order authorizing the examination of Synovos, Inc. ("**Synovos**") under Rule 2004 of the Federal Rules of Bankruptcy Procedure, and in support thereof respectfully shows this Court as follows:

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409(a).

**Background**

2.      On May 17, 2018 (the "**Petition Date**"), Debtor initiated this case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**").

3.      Trustee was thereafter appointed and remains the duly acting Chapter 7 trustee in this case.

12769195v1

4.      At the commencement of the Bankruptcy Case, a bankruptcy estate was created pursuant to 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and that Bankruptcy Estate includes all Debtor's legal or equitable interests in property as of the commencement of the bankruptcy case and any interest in property that the estate acquires after commencement of the bankruptcy case. 11 U.S.C. § 541(a)(1) and (7) (2018). Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a) (2018).

5.      Debtor filed this case as a no asset case. [Doc. No. 1 at Page 6 of 54].

6.      The meeting of creditors was held and concluded on June 19, 2018, pursuant to 11 U.S.C. § 341(a) (the "**341 Meeting**"),

7.      At the 341 Meeting, Debtor testified that: (a) he was one of the founders of Synovos f/k/a Store Room Solutions, Inc.; (b) Synovos's corporate headquarters are located in Radnor, Pennsylvania; and (c) Debtor holds 125,000 shares of Synovos (the "**Shares**"), which is about 1% of outstanding shares of the company.

8.      Debtor scheduled his interest in the Shares. [Doc. No. 1 at page 17 of 54].

9.      Trustee needs additional information regarding the financial condition of Synovos so that he can properly evaluate the value of the Shares.

## Relief Requested

10.     Trustee requests authority to examine Synovos with respect to but not limited to the Shares, including restrictions on a sale and the location of the certificates. Trustee requests that the examination commence on December 7, 2018, at 11:00 a.m., or at such other mutually agreeable time, at the law offices of Arnall Golden Gregory LLP at 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, or at such other mutually agreeable place.

11. Trustee also requests an order from the Court requiring Synovos to produce, on or before November 30, 2018, at 10:00 a.m. at the law offices of Arnall Golden Gregory LLP at 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363, or some other mutually agreeable time and place, for review by counsel for Trustee, any and all records and items listed on Exhibit "A," attached hereto and incorporated herein by reference.

### Basis for Relief

12. Rule 2004 provides that any party in interest, including a creditor, may examine any other entity about the financial affairs of a debtor. Fed. R. Bankr. P. 2004.

13. Because Trustee is a party in interest, it is well within the Court's discretion to grant the relief requested in this Motion. Indeed, such an examination is necessary for Trustee to evaluate fully the interest of the Bankruptcy Estate in the Shares and Trustee's ability to liquidate the Shares for the benefit of the Bankruptcy Estate.

WHEREFORE, Trustee respectfully requests that this Court:

(a) Enter an order authorizing Trustee to conduct the examination of Synovos and directing Synovos to produce the documents and items requested herein at a mutually agreeable time and place; and

(b) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this 26th day of October, 2018.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: *Michael J. Bargar*

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-7030 (telephone)

Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com

12769195v1

## EXHIBIT "A"

<u>Definitions</u>

A. As used herein, the term "**document**" is intended to have the broadest permissible meaning under the Federal Rules of Civil Procedure and shall mean any written, printed, recorded, taped, electromagnetically recorded or encoded, electronically stored, graphic or other matter of every type and description that is or has been in the possession, custody, or control of you or any of your agents and attorneys, or of which you have knowledge, and shall include without limitation, the following: letters, correspondence, affidavits, declarations, statements, books, articles, reprints, resolutions, minutes, communications, messages, e-mails, electronic communications, electronically stored information, notes, loan documents, collateral documents, stenographic or handwritten notes, memoranda, diaries, contracts, subcontracts, bids, worksheets, drafts, agreements, records, resumes, invoices, receipts, bills, cancelled checks, financial statements, audit reports, tax returns, calendars, schedules, summaries, studies, calculations, estimates, diagrams, sketches, drawings, plans, photographs, tapes, videotapes, movies, recordings, transcriptions, work orders, computer print-outs, computer disks, data processing cards, data storage cards, and the like; and where originals of such documents are not available or are not in your possession, custody or control, every copy of every such document; and every copy of every such document where such copy is not an identical copy of the original or where such copy contains any commentary or notation whatsoever which does not appear on the original.

B. As used herein, the term "**Debtor**" shall refer to Kenneth Paul Wellington, his authorized agents, attorneys, representatives, and to any other person that is or has ever acted for or on behalf of him.

C. As used herein, the term "**Petition Date**" shall refer to May 17, 2018.

12769195v1

D. As used herein, the term "**Synovos**" shall refer to Synovos, Inc. its predecessors in interest, and its subsidiaries.

E. As used herein, the term "**Shares**" shall refer to Debtor's ownership interest in Synovos.

## Document and Information Request

1) The 2017 balance sheet of Synovos.

2) The 2017 profit and loss statement of Synovos.

3) The 2017 income statement of Synovos.

4) The 2017 cash flow statement of Synovos.

5) The 2017 statement of changes in equity of Synovos.

6) Any 2018 quarterly balance sheet of Synovos.

7) Any 2018 quarterly profit and loss statement of Synovos.

8) Any 2018 quarterly income statement of Synovos.

9) Any 2018 quarterly cash flow statement of Synovos.

10) Any bylaws of Synovos.

11) Any shareholder agreement of Synovos.

12) Any document indicating Debtor's interest in Synovos.

13) Any document indicating the value of Debtor's interest in Synovos.

14) Any certificates representing the Shares.

15) The names and contact information for the ten largest equity holders of Synovos.

12769195v1

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following parties with a true and correct copy of the foregoing *Motion for Examination of and Document Production by Synovos, Inc. under Rule 2004 of the Federal Rules of Bankruptcy Procedure* by first class United States Mail and/or certified mail, as indicated, to the following entities at the addresses stated:

**First Class Mail**
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**First Class Mail**
Kenneth Paul Wellington
1304 Meadows Drive
Birmingham, AL 35235

**First Class Mail**
Synovos, Inc.
c/o Cogency Global, Inc.
900 Old Roswell Lakes Parkway,
Suite 310
Roswell, GA 30076

**First Class Mail**
Eric E. Thorstenberg
Eric E. Thorstenberg, Attorney at Law,
Suite 101
333 Sandy Springs Circle
Atlanta, GA 30328

**First Class Mail**
**and Certified Mail**
Carlos Tellez, CEO
Synovos, Inc.
Two Randor Corporate
Center Suite 400
100 Matsonford Road
Radnor, PA 19087

12769195v1

**First Class Mail**
Marilyn Dawes
Synovos, Inc.
16888 State Route 706
Montrose, PA 18801

      Respectfully submitted this 26th day of October, 2018.

                                */s/ Michael J. Bargar*
                                Michael J. Bargar
                                Georgia Bar No. 645709