UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KENNETH PAUL WELLINGTON, | : | |
| | : | CASE NO. 18-58335-JWC |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On or about July 31, 2018, the Trustee sold real property of the estate known as 3301 Forrest Hills Drive, Atlanta, GA 30354 ("**Property**") to Mario J. Richardson ("**Purchaser**") for $257,500 as ordered and approved by the Court on July 24, 2018 [Doc. No. 24].

2.

Attached hereto as Exhibit "A" is the Settlement Statement from the sale[1]. The Trustee reports that he has completed the delivery of the Property to the Purchaser and

---

[1] The Property sale closed free and clear of liens. After the sale closing, Trustee paid LoanDepot.com, LLC, the mortgage holder, $199,243.15.

has received net funds of approximately $13,000 from the sale.

      Respectfully submitted this 16th day of November, 2018.

                                            /s_____
                                  S. Gregory Hays

Hays Financial Consulting, LLC       Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

Weissman PC
ALTA Universal ID:
500 Westpark Drive
Suite 150
Peachtree City, GA 30269


WEISSMAN
ATTORNEYS AT LAW

| | |
|---|---|
| File No./Escrow No.: | |
| Print Date & Time: | July 31, 2018  1:25 pm |
| Officer/Escrow Officer: | Bettina Brown |
| Settlement Location: | 500 Westpark Drive, Suite 150 |
| | Peachtree City, GA 30269 |
| Property Address: | 3301 Forrest Hills Drive |
| | Atlanta, GA 30354 |
| | LL , DIST, SEC, , Fulton County, , , PHASE, BLK, BLDG |
| Borrower: | Mario Richardson |
| | 3301 Forrest Hills Drive |
| | Atlanta, GA 30354 |
| Seller: | S. Gregory Hays, as and only as Trustee in Bankruptcy for the Estate of Kenneth Paul Wellington, Case No. 18-58335-JWC |
| | 2964 Peachtree Road, N.W. |
| | Suite 555 |
| | Atlanta, GA 30305 |
| Lender: | HomeBridge Financial Services, Inc. |
| | 194 Wood Avenue South |
| | 9th Floor |
| | Iselin, NJ 08830 |
| Settlement Date: | July 31, 2018 |
| Disbursement Date: | July 31, 2018 |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 257,500.00 | Sale Price of Property | 257,500.00 | |
| | | Deposit | | 2,500.00 |
| | | Loan Amount | | 265,997.00 |
| 7,500.00 | | Seller Credit | | 7,500.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| 690.73 | | City/Town Taxes 01/01/18 - 07/31/18 | | 690.73 |
| 1,225.83 | | County 01/01/18 - 07/31/18 | | 1,225.83 |

Copyright 2015 American Land Title Association
All rights reserved

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Loan Charges to HomeBridge Financial Services, Inc.** | | |
| | | 0.03% of Loan Amount (Points) | 79.80 | |
| | | Application Fee | 75.00 | |
| | | Origination Fee | 2,659.97 | |
| | | Processing | 500.00 | |
| | | U/W | 550.00 | |
| | | Appraisal Fee | 440.00 | |
| | | Credit Report | 47.46 | |
| | | Flood Cert | 6.25 | |
| | | VA Funding Fee to VA | 8,497.50 | |
| | | Prepaid Interest $32.79 per day from 07/31/18 to 08/01/18 HomeBridge Financial Services, Inc. | 32.79 | |
| | | **Other Loan Charges** | | |
| | | ICL Charge to First American Title Ins. Co. | 50.00 | |
| | | **Impounds** | | |
| | | Homeowner's Insurance to HomeBridge Financial Services, Inc. 3.000 months at $224.01/month | 672.03 | |
| | | City/Town Taxes to HomeBridge Financial Services, Inc. 13.000 months at $279.82/month | 3,637.66 | |
| | | City Taxes to HomeBridge Financial Services, Inc. 13.000 months at $91.84/month | 1,193.92 | |
| | | Aggregate Adjustment to HomeBridge Financial Services, Inc. | | 448.02 |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | Attorney Fee to Weissman PC | 775.00 | |
| | | Lender's Title Insurance to Weissman PC Coverage: 265,997.00 Premium: 725.00 | 725.00 | |
| 75.00 | | Mail Out Charge to Weissman PC | | |
| 75.00 | | Post Closing Fee to Weissman PC | | |
| | | Title Binder Fee to Weissman PC | 75.00 | |
| | | Title/Tax Exam & Review Fee to Traditional Title Services, Inc. | 225.00 | |
| | | Owner's Title Insurance to Weissman PC Coverage: 257,500.00 Premium: 441.70 | 441.70 | |
| | | **Commissions** | | |

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Commissions (continued)** | | |
| 8,220.00 | | Real Estate Commission-Listing to Keller Williams Realty Intown | | |
| 7,725.00 | | Real Estate Commission-Selling to Red Door Realty Atlanta | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to Clerk of Superior Court | 72.00 | |
| | | Deed Transfer Tax to Clerk of Superior Court | 257.50 | |
| | | GRMA Fee to State of Georgia | 10.00 | |
| | | Mortgage Intangibles Tax to Clerk of Superior Court | 798.00 | |
| 16.00 | | Record Order to Clerk of Superior Court | | |
| | | **Miscellaneous** | | |
| | | Homeowner's Insurance Premium to USAA Casualty Insurance 12 months | 2,688.17 | |
| 10.00 | | City of Atlanta Watershed Lien to City of Atlanta | | |
| | | Termite to Absolute Exterminating Services | 95.00 | |
| 243.50 | | Water to City of Hapeville | | |
| 19,600.00 | | Homestead Exemption to Kenneth Paul Wellington | | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| 45,381.06 | 257,500.00 | Subtotals | 282,104.75 | 278,361.58 |
| | | Due from Borrower | | 3,743.17 |
| 212,118.94 | | Due to Seller | | |
| 257,500.00 | 257,500.00 | Totals | 282,104.75 | 282,104.75 |

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

>Office of the United States Trustee
>362 Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303
>
>Kenneth Paul Wellington
>1304 Meadows Drive
>Birmingham, AL 35235
>
>Eric E. Thorstenberg
>Eric E. Thorstenberg, Attorney at Law,
>Suite 101
>333 Sandy Springs Circle
>Atlanta, GA 30328

Dated: November 16, 2018.

>/s
>S. Gregory Hays
>Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net