Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| | |
|---|---|
| Case No.: 18-58335-JWC | Trustee Name: (300320) S. Gregory Hays |
| Case Name: WELLINGTON, KENNETH PAUL | Date Filed (f) or Converted (c): 05/17/2018 (f) |
| | § 341(a) Meeting Date: 06/19/2018 |
| For Period Ending: 06/30/2020 | Claims Bar Date: 10/01/2018 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3301 Forrest Hills Drive, Atlanta, GA  30354  Sale of property closed on 7/31/18. | 216,105.00 | 15,390.00 | | 257,500.00 | FA |
| 2 | 2014 Chevrolet Equinox FWD, 38500 miles  Notice of abandonment filed by Trustee on 7/2/18. Docket # 19. | 15,800.00 | 0.00 | OA | 0.00 | FA |
| 3 | Living room Set, Bedroom Set, Dining Room Set, TV, DVD Player. | 1,400.00 | 0.00 | | 0.00 | FA |
| 4 | Pers. Clothing @ Res. | 950.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 6 | Deposits of money: Pers. Checking Account @ Delta Comm. Credit Union. | 260.00 | 0.00 | | 0.00 | FA |
| 7 | 125,000 shares of closely held private company, Synovos, Inc., 1% ownership | 1,250.00 | 1,250.00 | | 0.00 | 1,250.00 |
| 7 | Assets    Totals    (Excluding unknown values) | **$235,805.00** | **$16,640.00** | | **$257,500.00** | **$1,250.00** |

**Major Activities Affecting Case Closing:**

The Trustee is exploring the sale of 125,000 shares of closely held private company, Synovos, Inc. The 125,000 shares represent approximately a 1% ownership of Synovos. The Trustee has served a subpoena on Synovos and is reviewing documents received and value of ownership interest. Trustee is determining best method for liquidation of the Synovos shares.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):**   06/30/2020 | **Current Projected Date Of Final Report (TFR):**   06/30/2021 |
| 07/30/2020 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******3800 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/06/18 | | Wsissman Closing Escrow (Richardson Purchaser) | Sale of 3301 Forrest Hills Drive, Atlanta, GA per Order Docket # 24. Mortgage payoff to be determined. | | 212,118.94 | | 212,118.94 |
| | | Mario Richardson | Seller paid closing costs paid per Order, Docket # 24.   -$7,500.00 | 2500-000 | | | |
| | | Fulton County Tax Commissioner | 2018 Property taxes paid per Order, Docket # 24.   -$1,916.56 | 2820-000 | | | |
| | | Weismann PC | Mailing and filing costs paid per Order, Docket # 24.   -$166.00 | 2500-000 | | | |
| | | Keller Williams Realty Intown | Real estate commission paid per Order, Docket # 24.   -$8,220.00 | 3510-000 | | | |
| | | Red Door Realty Atlanta | Real estate commission paid per Order, Docket # 24.   -$7,725.00 | 3510-000 | | | |
| | | City of Atlanta | Watershed lien paid per Order, Docket # 24.   -$10.00 | 4120-000 | | | |
| | | City of Hapeville | Water lien paid per Order, Docket # 24.   -$243.50 | 4120-000 | | | |
| | | Kenneth Paul Wellington | Debtor exemption paid per Order, Docket # 24.   -$19,600.00 | 8100-002 | | | |
| | {1} | Mario Richardson | Purchase of 3301 Forrest Hills Drive, Atlanta, GA per Order Docket # 24.   $257,500.00 | 1110-000 | | | |
| 08/08/18 | 101 | Loan Depot | Borrower: Kenneth P Wellington, Loan # ******3835 Voided on 08/29/2018 | 4110-000 | | 198,979.42 | 13,139.52 |
| 08/29/18 | 101 | Loan Depot | Borrower: Kenneth P Wellington, Loan # ******3835 Voided: check issued on 08/08/2018 | 4110-000 | | -198,979.42 | 212,118.94 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 233.91 | 211,885.03 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 162.54 | 211,722.49 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 191.41 | 211,531.08 |
| 11/13/18 | 102 | Loan Depot | Borrower: Kenneth P. Wellington, Loan # ******3835.  Mortgage payoff. Paid per Order, Dkt # 24. | 4110-000 | | 199,243.15 | 12,287.93 |

**Page Subtotals:**    $212,118.94    $199,831.01

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******3800 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 12,287.93 | 0.00 |
| | | | **COLUMN TOTALS** | | 212,118.94 | 212,118.94 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 12,287.93 | |
| | | | **Subtotal** | | 212,118.94 | 199,831.01 | |
| | | | Less: Payments to Debtors | | | 19,600.00 | |
| | | | **NET Receipts / Disbursements** | | **$212,118.94** | **$180,231.01** | |

{ } Asset Reference(s)                                                                                                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******0134 Demand Deposit Account |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 12,287.93 | | 12,287.93 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 9.81 | 12,278.12 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.62 | 12,258.50 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.93 | 12,239.57 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.86 | 12,218.71 |
| | | | **COLUMN TOTALS** | | 12,287.93 | 69.22 | $12,218.71 |
| | | | Less: Bank Transfers/CDs | | 12,287.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 69.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $69.22 | |

*{ } Asset Reference(s)*                                                                                                                                   *! - transaction has not been cleared*

# Form 2

Page: 2-4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-58335-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | WELLINGTON, KENNETH PAUL | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***9980 | **Account #:** | ******0134 Demand Deposit Account |
| **For Period Ending:** | 06/30/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $212,118.94 |
| Plus Gross Adjustments: | $45,381.06 |
| Less Payments to Debtor: | $19,600.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $237,900.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $212,118.94 | $180,231.01 | $0.00 |
| ******0134 Demand Deposit Account | $0.00 | $69.22 | $12,218.71 |
| | $212,118.94 | $180,300.23 | $12,218.71 |