PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: **Kenneth Paul Wellington**

Case No.: **18-58335-JWC**   Chapter: **7**

**Change of Address for:**
Debtor [✔]   Creditor [ ]   Attorney for Debtor [ ]   Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]   Payments ONLY [ ]   Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: **12/01/2020**

Name: **Kenneth Paul Wellington**

Prior Address: **1304 Meadows Drive**
**Birmingham, AL  35235**

********************************************************************

New Address: **1651 Viking Drive**
**Birmingham, AL  35235-2927**

Change of Address Was Furnished By:   Debtor [ ]   Creditor [ ]   Attorney [✔]

Date: **01/11/2021**

Signature of Filer: **/s/ Eric E. Thorstenberg**
Telephone Number: **404-843-8491**

### IF FILED BY ATTORNEY

Attorney Name: **Eric E. Thorstenberg**

Bar ID: **710673**

Address: **333 Sandy Springs Circle; Suite 101**
**Atlanta, GA  30328**

Revised August 2012