**IT IS ORDERED as set forth below:**

**Date: May 12, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-58335-JWC |
| | : | |
| KENNETH PAUL WELLINGTON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES AND DEBTOR'S CLAIMED EXEMPTION**

On April 9, 2021, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Kenneth Paul Wellington ("**Trustee**"), filed a motion for authority to pay administrative expenses of the bankruptcy estate, seeking authority to pay $62,500.00 to the Georgia Department of Revenue for State income taxes and $264,700.00 to the Internal Revenue Service for federal income taxes [Doc. No. 48] (the "**Motion**"). In addition, Trustee seeks authority to pay Debtor his claimed Exemption[1] in certain Shares of Synovos in the amount of $1,250.00.

---

[1] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

16539361v1

In the Motion, Trustee shows that there are sufficient funds in this bankruptcy estate with which to make the foregoing payments, and Trustee submits that such payments are proper as administrative expenses of the bankruptcy estate.

On April 12, 2021, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 49] (the "**Notice**"), in accordance with General Order No. 24-2018. Counsel for Trustee asserts that he served the Notice on all requisite parties in interest. [Doc. No. 50].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018. No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is granted and Trustee is authorized to pay $62,500.00 to the Georgia Department of Revenue for State income taxes and $264,700.00 to the Internal Revenue Service for federal income taxes. It is further

**ORDERED** that Trustee is authorized to pay Debtor his claimed Exemption in the Shares of Synovos in the amount of $1,250.00.

**[END OF DOCUMENT]**

16539361v1

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
  Michael J. Bargar
  Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kenneth Paul Wellington
1651 Viking Drive
Birmingham, AL  35235-2927

Eric E. Thorstenberg
Eric E. Thorstenberg, Attorney at Law,
Suite 101
333 Sandy Springs Circle
Atlanta, GA 30328

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW Atlanta, GA
30305-2153

16539361v1