**IT IS ORDERED as set forth below:**

**Date: June 21, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-58335-JWC |
| | : | |
| KENNETH PAUL WELLINGTON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

On June 15, 2021, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Kenneth Paul Wellington ("**Trustee**"), filed a motion for authority to pay administrative expenses of the bankruptcy estate, seeking authority to pay $893.00 to the Georgia Department of Revenue for State income taxes and $3,698.00 to the Internal Revenue Service for federal income taxes [Doc. No. 53] (the "**Second Motion**"), in addition to those payments previously authorized by a prior order [Doc. No. 51] of this Court.

16686414v1

In the Second Motion, Trustee shows that there are sufficient funds in this bankruptcy estate with which to make the foregoing payments, and Trustee submits that such payments are proper as administrative expenses of the bankruptcy estate.

The Court having considered the Second Motion and all other matters of record; and, the Court having found that no further notice or hearing is necessary in this matter and that good cause exists to grant the relief requested in the Second Motion, it is hereby

**ORDERED** that the Second Motion is granted and Trustee is authorized to pay $893.00 to the Georgia Department of Revenue for State income taxes and $3,698.00 to the Internal Revenue Service for federal income taxes, in addition to those payments previously authorized by this Court's order [Doc. No. 51].

**[END OF DOCUMENT]**

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kenneth Paul Wellington
1651 Viking Drive
Birmingham, AL  35235-2927

Eric E. Thorstenberg
Eric E. Thorstenberg, Attorney at Law,
Suite 101
333 Sandy Springs Circle
Atlanta, GA 30328

16686414v1

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW Atlanta, GA
30305-2153

16686414v1