# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 18-58335-JWC | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | WELLINGTON, KENNETH PAUL | Date Filed (f) or Converted (c): | 05/17/2018 (f) |
| | | § 341(a) Meeting Date: | 06/19/2018 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 10/01/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 3301 Forrest Hills Drive, Atlanta, GA  30354<br>Sale of property closed on 7/31/18 per Order entered on 7/27/18 (Dkt # 24). | 216,105.00 | 15,390.00 | | 257,500.00 | FA |
| 2 | 2014 Chevrolet Equinox FWD, 38500 miles<br>Notice of abandonment filed by Trustee on 7/2/18. Docket # 19. | 15,800.00 | 0.00 | OA | 0.00 | FA |
| 3 | Living room Set, Bedroom Set, Dining Room Set, TV, DVD Player. | 1,400.00 | 0.00 | | 0.00 | FA |
| 4 | Pers. Clothing @ Res. | 950.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 6 | Deposits of money: Pers. Checking Account @ Delta Comm. Credit Union. | 260.00 | 0.00 | | 0.00 | FA |
| 7 | 125,000 shares of closely held private company, Synovos, Inc., 1% ownership | 1,250.00 | 1,250.00 | | 1,290,943.04 | FA |
| 7 | **Assets        Totals**     (Excluding unknown values) | **$235,805.00** | **$16,640.00** | | **$1,548,443.04** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 18-58335-JWC  
**Case Name:** WELLINGTON, KENNETH PAUL  
**For Period Ending:** 06/30/2021

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 05/17/2018 (f)  
**§ 341(a) Meeting Date:** 06/19/2018  
**Claims Bar Date:** 10/01/2018

**Major Activities Affecting Case Closing:**

7/31/2018 - Trustee sold Debtor's real property located at 3301 Forrest Hills Drive, Atlanta, GA 30354 for $257,500 as ordered and approved by the Court on July 24, 2018 [Doc. No. 24].

6/19/2018 - The Trustee was exploring the sale of 125,000 shares of closely held private company, Synovos, Inc. The 125,000 shares represent approximately a 1% ownership of Synovos. The Trustee served a subpoena on Synovos and was reviewing documents received and value of ownership interest.

1/8/2021 - Trustee receives a letter from counsel for Synovos regarding a merger of Synovos where the 125,000 shares of Synovos will be converted into the right to receive a portion of the merger consideration.

3/22/2021 - Trustee received a wire for $1,275,405.27 representing the bankruptcy estate's share of the merger consideration.

5/14/2021 - Trustee received a second wire for $15,537.77 representing additional funds from the conversion.

5/14//2021 and 6/13/2021 - Trustee pays taxes associated with Synovos transactions after receiving court approval and files final estate tax returns.

7/14/2021 - Trustee will be submitting his final report which will pay unsecured creditors in full and a $800k+ surplus distribution to the Debtor.

**Initial Projected Date Of Final Report (TFR):** 06/30/2020  
**Current Projected Date Of Final Report (TFR):** 08/31/2021

07/30/2021  
Date

/s/S. Gregory Hays  
S. Gregory Hays

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******3800 Checking |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/06/18 | | Wsissman Closing Escrow (Richardson Purchaser) | Sale of 3301 Forrest Hills Drive, Atlanta, GA per Order Docket # 24. Mortgage payoff to be determined. | | 212,118.94 | | 212,118.94 |
| | | Mario Richardson | Seller paid closing costs paid per Order, Docket # 24.<br>-$7,500.00 | 2500-000 | | | |
| | | Fulton County Tax Commissioner | 2018 Property taxes paid per Order, Docket # 24.<br>-$1,916.56 | 2820-000 | | | |
| | | Weismann PC | Mailing and filing costs paid per Order, Docket # 24.<br>-$166.00 | 2500-000 | | | |
| | | Keller Williams Realty Intown | Real estate commission paid per Order, Docket # 24.<br>-$8,220.00 | 3510-000 | | | |
| | | Red Door Realty Atlanta | Real estate commission paid per Order, Docket # 24.<br>-$7,725.00 | 3510-000 | | | |
| | | City of Atlanta | Watershed lien paid per Order, Docket # 24.<br>-$10.00 | 4120-000 | | | |
| | | City of Hapeville | Water lien paid per Order, Docket # 24.<br>-$243.50 | 4120-000 | | | |
| | | Kenneth Paul Wellington | Debtor exemption paid per Order, Docket # 24.<br>-$19,600.00 | 8100-002 | | | |
| | {1} | Mario Richardson | Purchase of 3301 Forrest Hills Drive, Atlanta, GA per Order Docket # 24.<br>$257,500.00 | 1110-000 | | | |
| 08/08/18 | 101 | Loan Depot | Borrower: Kenneth P Wellington, Loan # ******3835<br>Voided on 08/29/2018 | 4110-000 | | 198,979.42 | 13,139.52 |
| 08/29/18 | 101 | Loan Depot | Borrower: Kenneth P Wellington, Loan # ******3835<br>Voided: check issued on 08/08/2018 | 4110-000 | | -198,979.42 | 212,118.94 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 233.91 | 211,885.03 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 162.54 | 211,722.49 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 191.41 | 211,531.08 |
| 11/13/18 | 102 | Loan Depot | Borrower: Kenneth P. Wellington, Loan # ******3835.  Mortgage payoff. Paid per Order, Dkt # 24. | 4110-000 | | 199,243.15 | 12,287.93 |

Page Subtotals:    $212,118.94    $199,831.01

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******3800 Checking |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 12,287.93 | 0.00 |
| | | | COLUMN TOTALS | | 212,118.94 | 212,118.94 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 12,287.93 | |
| | | | Subtotal | | 212,118.94 | 199,831.01 | |
| | | | Less: Payments to Debtors | | | 19,600.00 | |
| | | | NET Receipts / Disbursements | | $212,118.94 | $180,231.01 | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 18-58335-JWC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9980 | | Account #: | ******0134 Demand Deposit Account |
| For Period Ending: | 06/30/2021 | | Blanket Bond (per case limit): | $31,525,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 12,287.93 | | 12,287.93 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 9.81 | 12,278.12 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.62 | 12,258.50 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.93 | 12,239.57 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.86 | 12,218.71 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.17 | 12,198.54 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.84 | 12,179.70 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.76 | 12,158.94 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.43 | 12,139.51 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.75 | 12,120.76 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.31 | 12,099.45 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.74 | 12,080.71 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.07 | 12,062.64 |
| 03/22/21 | {7} | Acquiom Financial LLC | Funds paid by Disbursing agent for purchaser. Proceeds from surrender and conversion of all Synovos shares | 1129-000 | 1,275,405.27 | | 1,287,467.91 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 634.50 | 1,286,833.41 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 2,062.45 | 1,284,770.96 |
| 05/14/21 | {7} | Acquiom Financial LLC | Funds paid by disbursing agent for purchaser. Proceeds from surrender and conversion of all Synovos shares. | 1129-000 | 15,537.77 | | 1,300,308.73 |
| 05/14/21 | 1000 | Georgia Department of Revenue | EIN 30-6619980 - 2021 Form 501 - Paid per Order - DKt # 51 | 2820-000 | | 61,663.51 | 1,238,645.22 |
| 05/14/21 | 1001 | United States Treasury | EIN # 30-6619980 - 2021 Form 1041 - Paid per Order - DKt # 51 | 2810-000 | | 263,351.30 | 975,293.92 |
| 05/17/21 | 1002 | Kenneth Paul Wellington | Exemption in Synovos shares (asset # 7). Paid per Order, Dkt # 51. | 8100-002 | | 1,250.00 | 974,043.92 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 1,847.30 | 972,196.62 |
| 06/23/21 | 1003 | Georgia Department of Revenue | EIN 30-6619980 - 2021 Form 501 - Paid per Order - DKt # 54 | 2820-000 | | 893.00 | 971,303.62 |
| 06/23/21 | 1004 | United States Treasury | EIN # 30-6619980 - 2021 Form 1041 - Paid per Order, Dkt # 54 | 2810-000 | | 3,698.00 | 967,605.62 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 1,713.99 | 965,891.63 |

Page Subtotals:   $1,303,230.97   $337,339.34

{ } Asset Reference(s)                                                                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******0134 Demand Deposit Account |
| For Period Ending: | 06/30/2021 | Blanket Bond (per case limit): | $31,525,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 1,303,230.97 | 337,339.34 | $965,891.63 |
| | | | Less: Bank Transfers/CDs | | 12,287.93 | 0.00 | |
| | | | Subtotal | | 1,290,943.04 | 337,339.34 | |
| | | | Less: Payments to Debtors | | | 1,250.00 | |
| | | | NET Receipts / Disbursements | | $1,290,943.04 | $336,089.34 | |

{ } Asset Reference(s)                                                                                                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| | |
|---|---|
| **Case No.:** | 18-58335-JWC |
| **Case Name:** | WELLINGTON, KENNETH PAUL |
| **Taxpayer ID #:** | **-***9980 |
| **For Period Ending:** | 06/30/2021 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0134 Demand Deposit Account |
| **Blanket Bond (per case limit):** | $31,525,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $1,503,061.98 |
| Plus Gross Adjustments: | $45,381.06 |
| Less Payments to Debtor: | $20,850.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,527,593.04 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $212,118.94 | $180,231.01 | $0.00 |
| ******0134 Demand Deposit Account | $1,290,943.04 | $336,089.34 | $965,891.63 |
| | **$1,503,061.98** | **$516,320.35** | **$965,891.63** |